**FILED**

**JUN 2 4 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 20-30069-SMY |
| JAMES E. SMITH, | ) | Title 18, United States Code, Section 922(g)(1) |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**FELON IN POSSESSION OF A FIREARM**

On or about March 14, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**JAMES E. SMITH,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Murder in the 1st Degree, on or about April 30, 1990, in Case No. 89CF00579, in Saint Clair County Illinois Circuit Court, did knowingly possess a firearm, to wit: a 9mm Taurus semi-automatic firearm bearing serial number TJ036252, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE OF FIREARMS ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**JAMES E. SMITH,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a 9mm Taurus semi-automatic firearm bearing serial number TJ036252, and any and all ammunition contained therein.

A TRUE BILL

*[signature]*
ALEXANDRIA M. BURNS
Assistant United States Attorney

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney